**FILED**

NOV 03 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV23-80287MISC

| IN THE MATTER OF | Case No: |
|---|---|
| Victor Stephen Haltom | **ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT** |
| State Bar 155157 | |

TO: Victor Stephen Haltom

The State Bar of California has notified the United States District Court for the Northern District of California that, effective November 3, 2023, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

Effective the date of this order, your membership in the bar of this Court is suspended on an interim basis pursuant to Civil Local Rule 11-7(b)(1). **On or before December 1, 2023,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after December 1, 2023 absent further order of this Court.

**IT IS SO ORDERED.**

Dated: 11/3/2023

JAMES DONATO
United States District Judge

*Attorney-discipline_OSC_CSA*
*rev. 11-18*